469 F.2d 1406
 Metal Products Division, Armco Steel Corporation
v.
Bettis***
 No. 72-1864
 United States Court of Appeals, Fifth Circuit
 Aug. 31, 1972
 
 1
 N.D.Ga.
 
 
 
 *
 Summary Calendar cases; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 Local Rule 21 cases: see N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966